UNITES STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In Re:
    DOROTHY A. CARPENTER                                                Case No:
                                                                                         15-32915
             Debtor(s)

**NOTICE TO PAY UNCLAIMED MONEY INTO**
**UNITED STATES TREASURY ACCOUNT**

    Comes William W. Lawrence, Trustee herein and states in the above-styled case the following check(s), issued more than ninety(90) days ago, remains uncashed and/or returned as undelivered:

| Date of Check | Claimant(s) | Amount |
|---|---|---|
| February 01, 2017 | DOROTHY A. CARPENTER<br>4830 REDWING WAY<br>LOUISVILLE, KY  40213 | $2,187.81 |

    Wherefore, the Trustee is attaching a check in the sum of $2,187.81 made payable to the Clerk, U.S. Bankruptcy Court, for deposit in the Treasury Account for unclaimed funds(11 U.S.C. Section 347).

*/s/ William W. Lawrence*
William W. Lawrence, Trustee
310 Republic Plaza
200 S. 7th Street
Louisville, KY 40202